**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**IN ADMIRALTY**

MERCANTILE BANK, a division
of CAROLINA FIRST BANK,
successor to CNB NATIONAL BANK
a South Carolina corporation,

    Plaintiff,

vs.                                             Case No. 3:08-cv-1077-J-34HTS

M/Y FIXATION, her engines,
tackle, appurtenances, etc.,
*in rem*, and THOMAS J. FIX
and SHERRY G. FIX, *in personam*,

    Defendants.

**O R D E R**

This cause is before the Court on the following matters:

1. Plaintiff Mercantile Bank's Motion for Default Against the In Rem Defendant M/Y Fixation (Doc. #18), Plaintiff Mercantile Bank's Motion for Default Against the Defendants Thomas J. Fix and Sherry G. Fix (Doc. #19), and the Motion for Extension of Time to File Responsive Pleadings (Doc. #22) (collectively, Motions), to which nothing has been filed in opposition. *See* Rule 3.01(b),

Local Rules, United States District Court, Middle District of Florida, has been filed.

On January 6, 2009, subsequent to the submission of the Motions, Plaintiff filed the Amended Verified Complaint to Foreclose Preferred Ship Mortgage (Doc. #23; Amended Complaint). Consequently, Defendants will now have the opportunity to respond to the Amended Complaint and the Motions are no longer viable. *Cf. Rock v. Am. Express Travel Related Servs. Co., Inc.*, No. 1:08-CV-0853, 2008 WL 5382340, at *1 (N.D.N.Y. Dec. 17, 2008). The Motions (Docs. ## 18, 19, 22) are thus **DENIED** as **MOOT.**

2. Defendants' Motion for Extension of Time to File Responsive Pleadings (Doc. #27; Motion for Extension), which is represented to be unopposed. *See* Motion for Extension at 2. Upon consideration, the Motion for Extension (Doc. #27) is **GRANTED** to the extent Defendants shall have up to and including February 2, 2009, within which to file their responsive pleadings.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of January, 2009.

/s/ Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record and
    pro se parties, if any