**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**IN ADMIRALTY**

MERCANTILE BANK, a division of
Carolina First Bank, successor to CNB
National Bank, a South Carolina
corporation,

        Plaintiff,

v.                                          Case No. 3:08-cv-1077-J-34JRK

M/Y FIXATION, her engines, tackle,
appurtenances, etc., *in rem*, THOMAS J.
FIX, *in personam*, and SHERRY G. FIX, *in
personam*,

        Defendants.
_____/

## **ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 59;

Report), entered by the Honorable James R. Klindt, United States Magistrate Judge, on

January 11, 2011. In the Report, Magistrate Judge Klindt recommends that Plaintiff

Mercantile Bank's Renewed Motion for Award of Attorney's Fees (Dkt. No. 58) be granted,

that Plaintiff be awarded attorney's fees in the amount of $21,892, and that the Clerk of

Court be directed to enter judgment in favor of Plaintiff and against Defendants Thomas J.

Fix and Sherry G. Fix in the amount of $21,892 for attorney's fees. See Report at 8.

Defendants have failed to file objections to the Report, and the time for doing so has now

passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1.      The Magistrate Judge's Report and Recommendation (Dkt. No. 59) is **ADOPTED** as the opinion of the Court.

2.      Plaintiff Mercantile Bank's Renewed Motion for Award of Attorney's Fees (Dkt. No. 58) is **GRANTED**.

3.      Plaintiff is awarded attorney's fees in the amount of $21,892.

    4.      The Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendants Thomas J. Fix and Sherry G. Fix in the amount of $21,892 for attorney's fees.

        **DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of February, 2011.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties

-3-